466

No. 15–0564/AF. U.S. v. Robert A. Jones. CCA 38434. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 2, 2015.

Friday, May 15, 2015

No. 15–0462/MC. U.S. v. Michael A. Arnold. CCA 201200382. Appellee's motion to extend time to file a brief granted to June 19, 2015.

Monday, May 18, 2015

No. 15–0573/AF. Charles A. Wilson, III, Appellant v. United States, Appellee. CCA 2015–02. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Air Force Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 15–0244/MC. U.S. v. Stacy A. Whalen. CCA 201400020. Appellant's motion to withdraw the petition for grant of review is granted.